Blakeley E. Griffith
Nevada Bar No. 12386
Molly J. Stubblefield
Nevada Bar No. 16993
Snell & Wilmer L.L.P.
1700 South Pavilion Center Drive
Suite 700
Las Vegas, Nevada 89135-1865
Telephone: 702.784.5200
Facsimile:  702.784.5252
Email: bgriffith@swlaw.com
         mstubblefield@swlaw.com

*Attorneys for Defendant Stephen L. Marshall*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GEOFF WINKLER, as court-appointed receiver for J&J CONSULTING SERVICES INC., et al., <br><br> Plaintiff, <br><br> v. <br><br> STEPHEN HODGES, an individual; ANGEL FAJARDO, an individual; GABRIELA SHEETS, an individual; WILLIAM WILSON, an individual; SUSIE BOPP, an individual; GREG S. GOFFIN, an individual; STEVE BOE, an individual; NICOLAS ROSA, an individual; JOE TOTORO, an individual; SCOTT HUNT, an individual; EDDIE LEE, an individual; NICK KATRIS, an individual; STEPHEN BYRNE, an individual; JOSEPH A. PEZZUTO, an individual; STEPHEN L. MARSHALL, an individual; STEVEN LITTLE, an individual; M. VINCENT PEZZUTO, an individual; CHRISTOPHER M. RIGGOTT, an individual; LANDON SALDANA, an individual; GREG HERLEAN, an individual; and COE MICHAELSON, an individual, <br><br> Defendants. | Case No.: 2:26-cv-00995-JCM-NJK <br><br> **STIPULATION AND** ~~**PROPOSED**~~ **ORDER GRANTING DEFENDANT STEPHEN L. MARSHALL AN EXTENSION OF TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT.** <br><br> **(FIRST REQUEST)** |

Plaintiff Geoff Winkler, as court-appointed receiver for J&J Consulting Services Inc., et al., ("Plaintiff") and Defendant Stephen L. Marshall, ("Marshall"), by and through their respective undersigned counsel of record, hereby respectfully stipulate and request that Marshall have an

4925-3625-6690

extension of time from June 8, 2026 through and including July 8, 2026 to respond to Plaintiff's Complaint. This is Marshall's first request for an extension.

Good cause exists for this extension because undersigned counsel was retained for Marshall on or about May 27, 2026 and needs time to review and respond to the allegations set forth in the Complaint. Additionally, this will also provide time for the parties to discuss settlement of this matter. This extension will not cause any undue delay.

**IT IS SO STIPULATED.**

DATED June 5, 2026.

GREENBERG TRAURIG, LLP

*/s/ Kyle A. Ewing*
Kara Hendricks, Esq.
Nevada Bar No. 07743
Kyle A. Ewing, Esq.
Nevada Bar No. 14051
Madeleine Coles, Esq.
Nevada Bar No. 16216
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

*Attorneys for Plaintiff Geoff Winkler, in his*
*Capacity as Court-Appointed Receiver*

DATED June 5, 2026.

SNELL & WILMER, LLP

*/s/ Blakeley E. Griffith*
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
Molly Stubblefield
Nevada Bar No. 16993
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135

*Attorneys for Defendant Stephen L. Marshall*

## ORDER

**IT IS HEREBY ORDERED** that the Parties' stipulation is GRANTED. Defendant Stephen L. Marshall shall have up to and including July 8, 2026, to respond to Plaintiff's complaint.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:    June 8, 2026

- 2 -

4925-3625-6690