Z. Ryan Pahnke
Nevada Bar No. 9641
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Email: rpahnke@rqn.com

David J. Malley
Nevada Bar No. 8171
**HUTCHISON & STEFFEN PLLC**
10080 W. Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 385-2500
Email: dmalley@hutchlegal.com
*Designated for service pursuant to LR IA 11-1(b)*

*Attorneys for Defendant Landon Saldana*

# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GEOFF WINKLER, as court-appointed receiver for J&J CONSULTING SERVICES, INC., et al., | Case No. 2:26-CV-00995-JCM-NJK |
| Plaintiffs, | |
| vs. | **STIPULATION AND ~~PROPOSED~~ ORDER GRANTING DEFENDANT LANDON SALDANA AN EXTENSION OF TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |
| STEPHEN HODGES, an individual; ANGEL FAJARDO, an individual; GABRIELA SHEETS, an individual; WILLIAM WILSON, an individual; SUSIE BOPP, an individual; GREG S. GOFFIN, an individual; STEVE BOE, an individual; NICOLAS ROSA, an individual; JOE TOTORO, an individual; SCOTT HUNT, an individual; EDDIE LEE, an individual; NICK KATRIS, an individual; STEPHEN BYRNE, an individual; JOSEPH A. PEZZUTO, an individual; STEPHEN L. MARSHALL, an individual; STEVEN LITTLE, an individual; M. VICNENT | **(FIRST REQUEST)** |

PAGE 1

PEZZUTO, an individual; CHRISTOPHER M. RIGGOTT, an individual; LANDON SALDANA, an individual; GREG HERLEAN, an individual; and COE MICHAELSON, an individual,

Defendants.

Plaintiff Geoff Winkler, as court-appointed receiver for J&J Consulting Services Inc., et al., ("Plaintiff") and Defendant Landon Saldana ("Saldana"), by and through their respective undersigned counsel of record, hereby respectfully stipulate and request that Saldana have an extension of time from June 8, 2026 through and including June 29, 2026 to respond to Plaintiff's Complaint. This is Saldana's first request for an extension.

Good cause exists for this extension because undersigned counsel was recently retained for and needs time to review and respond to the allegations set forth in the Complaint. Additionally, this will also provide time for the parties to discuss potential resolution of this matter. This extension will not cause any undue delay.

IT IS SO STIPULATED.


DATED: June 8, 2026

GREENBERG TRAURIG, LLP

*/s/ Kyle A. Ewing (with permission)*
Kara Hendricks
Nevada Bar No. 07743
Kyle A. Ewing
Nevada Bar No. 14051
Madeleine Coles
Nevada Bar No. 16216
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

*Attorneys for Plaintiff Geoff Winkler, in his Capacity as Court-Appointed Receiver*

DATED: June 8, 2026

RAY QUINNEY & NEBEKER P.C.

*/s/ Z. Ryan Pahnke*
Z. Ryan Pahnke
Nevada Bar No. 9641

and

David J. Malley
Nevada Bar No. 8171

*Attorneys for Defendant Landon Saldana*

**ORDER**

**IT IS HEREBY ORDERED** that the Parties' stipulation is GRANTED.  Defendant Landon Saldana shall have up to and including June 29, 2026, to respond to Plaintiff's complaint.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  June 8, 2026
_____