Ogonna M. Brown, Esq.
Nevada Bar No. 7589
Zaydee R. Stemmons, Esq.
Nevada Bar No. 16991
Zaydee.Stemmons@wbd-us.com
**WOMBLE BOND DICKINSON (US) LLP**
8488 Rozita Lee Ave., Suite 400
Las Vegas, NV 89113
Tel: (702) 949-8200
Fax: (702) 949-8398

*Attorneys for Defendant Stephen Byrne*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GEOFF WINKLER, as court-appointed receiver for J&J CONSULTING SERVICES INC., et al., | Case No.: 2:26-cv-00995-JCM-NJK |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT** |
| vs. | |
| STEPHEN HODGES, an individual; ANGEL FAJARDO, an individual; GABRIELA SHEETS, an individual; WILLIAM WILSON, an individual; SUSIE BOPP, an individual; GREG S. GOFFIN, an individual; STEVE BOE, an individual; NICOLAS ROSA, an individual; JOE TOTORO, an individual; SCOTT HUNT, an individual; EDDIE LEE, an individual; NICK KATRIS, an individual; STEPHEN BYRNE, an individual; JOSEPH A. PEZZUTO, an individual; STEPHEN L. MARSHALL, an individual; STEVEN LITTLE, an individual; M. VINCENT PEZZUTO, an individual; CHRISTOPHER M. RIGGOTT, an individual; LANDON SALDANA, an individual; GREG HERLEAN, an individual; and COE MICHAELSON, an individual, | *(FIRST REQUEST)* |
| Defendants. | |

<div style="margin-left:auto; writing-mode: vertical;">

8488 Rozita Lee Ave., Suite 400
Las Vegas, NV 89113



WOMBLE BOND DICKINSON

</div>

Pursuant to Rule 6 of the Federal Rules of Civil Procedure and District of Nevada Local Rule IA 6-1, Plaintiff Geoff Winkler, as court-appointed receiver for J&J Consulting Services Inc., et al ("Plaintiff") and Defendant Stephen Byrne ("Defendant" or "Byrne") stipulate that Mr. Byrne may have up to and through July 28, 2026, to file and serve its response to Plaintiff's Complaint (ECF No. 1).

There is good cause for the extension, as the parties are engaging in settlement discussions.

Defendant Byrne and the Receiver are both working with third parties, including third parties the Receiver has subpoenaed for documents in the Receivership Action, to obtain information necessary to determine whether the Receiver and Byrne can reach agreement on how transfers to or from allegedly related entities affect the cash flows attributable to Mr. Byrne, an item the parties currently dispute with respect to the Receiver's allegations against Byrne here.

The parties recognize that they seek an extension of considerable length but believe that the informal discovery being conducted between them, as well as information that may flow from the formal discovery the Receiver anticipates obtaining through his subpoena,  is likely to result in compromise or, at a minimum, a material narrowing of the issues to be litigated and discovered in this action between Byrne and the Receiver.

Further, this is Defendant Byrne's first request for an extension of time to respond to the Complaint, and the parties have agreed that no further extension will be sought, absent extraordinary and unanticipated circumstances.

. . .

. . .

. . .

. . .

- 2 -

ACTIVE 725701789v1
WBD (US) 4929-8378-3352v2-Stipulation to Extend Time to Respond to Complaint

8488 Rozita Lee Ave., Suite 400
Las Vegas, NV 89113

WOMBLE BOND DICKINSON

Accordingly, the parties hereby agree and stipulate that Defendant Stephen Byrne shall have up to and through July 28, 2026, to file and serve his response to the Complaint.

**IT IS SO AGREED AND STIPULATED.**

DATED this 29th day of June, 2026.


GREENBERG TRAURIG, LLP                    WOMBLE BOND DICKINSON (US) LLP


*/s/ Kyle A. Ewing*                                  */s/ Ogonna M. Brown*
Kara Hendricks, Esq., NV Bar No. 07743    Ogonna M. Brown, Esq., NV Bar No. 7589
Kyle A. Ewing, Esq., NV Bar No. 14051     Zaydee R. Stemmons, Esq., NV Bar No. 16991
Madeleine Coles, Esq., NV Bar No. 16216   8488 Rozita Lee Ave., Suite 400
10845 Griffith Peak Drive, Suite 600      Las Vegas, NV 89113
Las Vegas, Nevada 89135

*Attorneys for Plaintiff Geoff Winkler as*   *Attorneys for Defendant Stephen Byrne*
*Receiver for J&J Consulting, Inc. et al*


**IT IS SO ORDERED:**

_____
United States Magistrate Judge

DATED:___June 29, 2026_____

- 3 -

ACTIVE 725701789v1
WBD (US) 4929-8378-3352v2-Stipulation to Extend Time to Respond to Complaint

8488 Rozita Lee Ave., Suite 400
Las Vegas, NV 89113

WOMBLE BOND DICKINSON