Blakeley E. Griffith
Nevada Bar No. 12386
Molly J. Stubblefield
Nevada Bar No. 16993
Snell & Wilmer L.L.P.
1700 South Pavilion Center Drive
Suite 700
Las Vegas, Nevada 89135-1865
Telephone: 702.784.5200
Facsimile:  702.784.5252
Email: bgriffith@swlaw.com
         mstubblefield@swlaw.com

*Attorneys for Defendant Stephen L. Marshall*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GEOFF WINKLER, as court-appointed receiver for J&J CONSULTING SERVICES INC., et al., <br><br> Plaintiff, <br><br> v. <br><br> STEPHEN HODGES, an individual; ANGEL FAJARDO, an individual; GABRIELA SHEETS, an individual; WILLIAM WILSON, an individual; SUSIE BOPP, an individual; GREG S. GOFFIN, an individual; STEVE BOE, an individual; NICOLAS ROSA, an individual; JOE TOTORO, an individual; SCOTT HUNT, an individual; EDDIE LEE, an individual; NICK KATRIS, an individual; STEPHEN BYRNE, an individual; JOSEPH A. PEZZUTO, an individual; STEPHEN L. MARSHALL, an individual; STEVEN LITTLE, an individual; M. VINCENT PEZZUTO, an individual; CHRISTOPHER M. RIGGOTT, an individual; LANDON SALDANA, an individual; GREG HERLEAN, an individual; and COE MICHAELSON, an individual, <br><br> Defendants. | Case No.: 2:26-cv-00995-JCM-NJK <br><br> **STIPULATION AND ~~PROPOSED~~ ORDER GRANTING DEFENDANT STEPHEN L. MARSHALL AN EXTENSION OF TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** <br><br> **(SECOND REQUEST)** |

Plaintiff Geoff Winkler, as court-appointed receiver for J&J Consulting Services Inc., et al., ("Plaintiff") and Defendant Stephen L. Marshall, ("Marshall"), by and through their respective undersigned counsel of record, hereby respectfully stipulate and request that Marshall have a 21-

day extension of time to respond to Plaintiff's Complaint from July 8, 2026, up to and including July 29, 2026. This is Marshall's second request for an extension.

Good cause exists for the requested extension. The underlying receivership action is voluminous, and pleadings filed in that action are relevant to Marshall's evaluation of the allegations and issues raised in the Complaint. Marshall's counsel was engaged shortly before the original answer deadline of June 6, 2026 and is continuing to assess the Complaint, underlying receivership action, and whether motion practice is appropriate or whether Marshall should instead respond by answer. In addition, Marshall's counsel is out of the office from June 28 through July 2 due to a preplanned vacation. Accordingly, the requested extension will allow Marshall's counsel sufficient time to complete their review, evaluate the appropriate response to the Complaint, and prepare any responsive pleading or motion without prejudice to any party. This extension will not cause any undue delay, especially as many defendants have not yet been served in this action or responded to the Complaint.

**IT IS SO STIPULATED.**

DATED July 2, 2026.                                   DATED July 2, 2026.

GREENBERG TRAURIG, LLP                    SNELL & WILMER, LLP

 */s/ Kyle E. Ewing*                                    */s/ Blakeley E. Griffith*
Kara Hendricks, Esq.                               Blakeley E. Griffith, Esq.
Nevada Bar No. 07743                             Nevada Bar No. 12386
Kyle A. Ewing, Esq.                                 Molly Stubblefield
Nevada Bar No. 14051                             Nevada Bar No. 16993
Madeleine Coles, Esq.                             1700 South Pavilion Center Drive, Suite 700
Nevada Bar No. 16216                             Las Vegas, Nevada 89135
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135                         *Attorneys for Defendant Stephen L. Marshall*

*Attorneys for Plaintiff Geoff Winkler, in his
Capacity as Court-Appointed Receiver*

- 2 -

4904-1387-5385

## ORDER

**IT IS HEREBY ORDERED** that the Parties' stipulation is GRANTED. Defendant Stephen L. Marshall shall have up to and including July 29, 2026, to respond to Plaintiff's complaint.

IT IS SO ORDERED.

**No further extensions to this deadline will be granted.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:    July 2, 2026
_____

- 3 -

4904-1387-5385