**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Geoff Winkler,<br>Plaintiff(s),<br>v.<br>Stephen Hodges, et al.,<br>Defendant(s). | Case No. 2:26-cv-00995-CDS-NJK<br>**ORDER**<br>[Docket Nos. 91, 92] |

Pending before the Court are the Receiver's motions to extend time for service and for alternative service. Docket Nos. 91, 92. Service issues are generally moot upon a defendant's appearance in the case pursuant to the default waiver rules. *See* Fed. R. Civ. P. 12(h)(1). The Receiver's motion appears to be aimed exclusively at service on Defendants Boe, Bopp, and Sheets, but the motion also recognizes (and the record reflects) that these Defendants have already appeared in this case and responded to the complaint. The pending motion does not explain why any service deficiencies are not now moot. Accordingly, the Court **DENIES** without prejudice the Receiver's motions to extend time for service and for alternative service.

IT IS SO ORDERED.

Dated: July 24, 2026

Nancy J. Koppe
United States Magistrate Judge