UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Geoff Winkler,

Plaintiff

v.

Stephen Hodges, et al.,

Defendants

Case No. 2:26-cv-00995-CDS-NJK

**Order Striking the Defendant's Motion to Dismiss**

[ECF No. 74]

This is a purported fraudulent transfer case brought by court-appointed Receiver Geoff Winkler related to a Securities and Exchange Commission (SEC) enforcement action already pending in this District against numerous defendants. *See* ECF No. 88 in *SEC v. Matthew Beasley, et al.* ("the Beasley action"), Case No. 2:22-cv-00612-CDS-EJY.

The Receiver filed its complaint on March 31, 2026. Compl., ECF No. 1. Cesar Antonio Mautua filed a motion to dismiss as a purported "Attorney-in-Fact ('Agent')" on behalf of defendant Gabriela Sheets. *See* ECF No. 74. For the same reasons stated in the court's prior order at ECF No. 195, the court strikes Sheets's motion to dismiss. That is, the motion is improper because third parties cannot represent the defendant and Sheets's motion violates FRCP 11.

**Conclusion**

IT IS HEREBY ORDERED that Gabriela Sheets's motion to dismiss **[ECF No. 74] is STRICKEN.**

Dated: August 11, 2026

Cristina D. Silva
United States District Judge