Blakeley E. Griffith
Nevada Bar No. 12386
Molly J. Stubblefield
Nevada Bar No. 16993
Snell & Wilmer L.L.P.
1700 South Pavilion Center Drive
Suite 700
Las Vegas, Nevada 89135-1865
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: bgriffith@swlaw.com
mstubblefield@swlaw.com

*Attorneys for Defendant Stephen L. Marshall*

SNELL & WILMER

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

GEOFF WINKLER, as court-appointed receiver for J&J CONSULTING SERVICES INC., et al.,

Plaintiff,

v.

STEPHEN HODGES, an individual; ANGEL FAJARDO, an individual; GABRIELA SHEETS, an individual; WILLIAM WILSON, an individual; SUSIE BOPP, an individual; GREG S. GOFFIN, an individual; STEVE BOE, an individual; NICOLAS ROSA, an individual; JOE TOTORO, an individual; SCOTT HUNT, an individual; EDDIE LEE, an individual; NICK KATRIS, an individual; STEPHEN BYRNE, an individual; JOSEPH A. PEZZUTO, an individual; STEPHEN L. MARSHALL, an individual; STEVEN LITTLE, an individual; M. VINCENT PEZZUTO, an individual; CHRISTOPHER M. RIGGOTT, an individual; LANDON SALDANA, an individual; GREG HERLEAN, an individual; and COE MICHAELSON, an individual,

Defendants.

Case No.: 2:26-cv-00995-CDS-NJK

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO OPPOSE PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

**(FIRST REQUEST)**

[ECF No. 225]

Plaintiff Geoff Winkler, as court-appointed receiver for J&J Consulting Services Inc., et al., ("Plaintiff") and Defendant Stephen L. Marshall, ("Marshall"), by and through their respective undersigned counsel of record, hereby respectfully stipulate and request that Marshall have an

extension of time from September 18, 2026 through and including October 2, 2026 to respond to Plaintiff's Motion for Partial Summary Judgment. This is Marshall's first request for an extension.

Good cause exists for this extension because undersigned counsel for Marshall had scheduling conflicts during the week preceding and the week of the current deadline. Plaintiff's counsel has accommodated a brief, two-week extension that will not prejudice any party or affect any other scheduled dates in this matter. This extension will not cause any undue delay.

**IT IS SO STIPULATED.**

DATED September 15, 2026.

GREENBERG TRAURIG, LLP

*/s/ Kyle A. Ewing*
Kara Hendricks, Esq.
Nevada Bar No. 07743
Kyle A. Ewing, Esq.
Nevada Bar No. 14051
Madeleine Coles, Esq.
Nevada Bar No. 16216
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

*Attorneys for Plaintiff Geoff Winkler, in his Capacity as Court-Appointed Receiver*

DATED September 15, 2026.

SNELL & WILMER, LLP

*/s/ Blakeley E. Griffith*
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
Molly Stubblefield
Nevada Bar No. 16993
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135

*Attorneys for Defendant Stephen L. Marshall*

**ORDER**

Based upon the stipulation of the parties and good cause appearing, **IT IS HEREBY ORDERED** that defendant Marshall's deadline to file an opposition to the plaintiff's motion for partial summary judgment is extended to **October 2, 2026.**

UNITED STATES DISTRICT JUDGE

DATED: September 17, 2026



SNELL & WILMER